

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROGUE INDUSTRIES, L.L.C., | § | |
| Appellant, | § | No. 08-21-00109-CV |
| v. | § | Appeal from the |
| SUMMIT INDUSTRIAL CONSTRUCTION, LLC, VEE BAR LTD., EXXONMOBIL PIPELINE CO., AND PLAINS ALL AMERICAN PIPELINE, L.P., | § | 109th District Court |
| | § | of Winkler County, Texas |
| | § | (TC# DC20-17913) |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the attempted appeal should be dismissed for want of jurisdiction, in accordance with the opinion of this Court. We therefore dismiss the appeal. Costs of this appeal are assessed against Appellant. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH OF JULY, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.